

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-7984

May 13, 2008

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

FILED

Bernard Beard
#46687-112
P.O. Box 1500
Los Angeles, CA 90053

Dear Sir or Madam:

Your complaint has been lodged and assigned a civil case number _____ CV08-3127 _____ .

Upon the submission of your complaint, it was noted that you did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete the form indicated below in its entirety:

☐ *Declaration in Support of Request to Proceed in Forma Pauperis (CV-60)*
☑ *Declaration in Support of Request to Proceed Without Prepayment of Filing Fees (CV-60P)*

If you do not respond within THIRTY DAYS from the date above, your action will be dismissed and the file closed. If you submit the Declaration or pay the filing fee within THIRTY DAYS, judges will be assigned to your case. If you submit the Declaration, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee. The fee can be paid in partial payments pursuant to a court ordered schedule.

Enclosed you will find this court's current Declaration form which you must complete in its entirety.

Sincerely,

Clerk, U. S. District Court

By: H RASHA
Deputy Clerk

encls

CV-47 (06/06)                        **NOTICE RE: DISCREPANCIES WITH LODGING OF COMPLAINT**

BERNARD BEARD                                    (SPACE BELOW FOR CLERK FILING STAMP ONLY)

LODGED



2008 MAY 13  PM 12: 46
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL DIVISION

CV08 - 3127

BERNARD BEARD,

    Plaintiff,

VS.                                              CIVIL RIGHTS COMPLAINT.

                                                 TITLE 42 U.S.C. 1983.  AND
MARC WALDECK,                                         28 U.S.C. 1346(b)(2)
BEN REYES
BOB ALVAREZ
JOE VILLANUEVA
WENDY CHANG,
MICHELLE STARKEY
JAY DAUPHINAIS
KEVIN FEJERAN,
ANTONE SALFITY
AUGUST BAUER,
BRENDA COTTON,
SHERWIN CHANG.
CHRIS PLUHAR,
PHIL ROMANO,
ROBERT GONZALEZ,
DAVE JACOBY,
JAMES FLYNN,
SERVANDO PENA,
BEN MORALES,
JON REINKE,
DAVID HAMILTON,
STEPHEN TERRELL PEOPLES
SGT. HILL
SPECIAL AGENT WAGNER.
JAMES H. SMITH,
JOEL J, BOLDEN,
DAVE JONES



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY  8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

F. SARTI
K. BROWN
WENDELL B. ROBERTS
ERIN ANDERSON
JOHNNY WILLIAMS
MIKE DREHER,
JOE PRIEBE,
BRINE WAMMACK,
MICHAEL BROWN,
PAUL LEBARON,
JOEL CAMRIN,
ROSS SNILLIE,
LUKE EVERTS,
B. IKARI,
FRED RICHARDSON,
HECTOR ZAPATA,

       Defendant(s).

## CIVIL RIGHTS COMPLAINT

1. Plaintiff, Bernard Beard respectfully moves this Honorable Court to grant this Civil Rights Complaint pursuant to Title 42 U.S.C. 1983.

2. Plaintiff allege that the above named defendant(s) conspired together with the meeting of the minds to arrest Plaintiff. Knowingley, willful and intentionally, all in violation of Plaintiff Civil and Constitutional Rights Amendments [4][5][6][8][14] and [15]. Defendant(s) acted in bad faith. Defendant knew or should have known that they was violating Constitutional Rights.

3. In the further of the acts, Defendants violated Title 18 U.S.C. 241,242. All in violating Plaintiff Due Process Rights.

## JURISDICTION

4. This Court has jurisdiction to grant this Civil Rights Complaint where there been allege of Civil and Constitutional Violations. Pursuant to Title 42 U.S.C. 1983, and 18 U.S.C. 241, 242. Title 28 U.S.C. 1346(b)(2).

## PARTIES

5. To the best of Plaintiff knowledge Defendant(s) Mike Dreher, Brine Wammack, Michael Brown, Fred Richardson, Hector Zapata, Marc Waldeck, Ben Reyes, Wendy Chang, Michelle Starkey, Jay Dauphinais, Kevin Fejeran, Antone Salfity, August Bauer, Brenda Cotton, Sherwin Chang, Chris Pluhar, Phil Romano, Robert Gonzalez, David Hamilton, John Doe (Wagner), James H. Smith, Joel Bolden, is still working for the Federal Government as law enforcement agents, they are being sued in their individual and official capacity.  Located at 312 North Spring Street, Los Angeles, California, 90012.

6.  To the best of Plaintiff knowledge Defendant(s) Johnny Williams, Joe Priebe, Paul Lebaron, Joel Camrin, Ross Snillie, Luke Everts, B. Ikari, Joe Villanueva, Dave Jacoby, James Flynn, Servando Pena, Ben Morales, Jon Reinke, Dave Jones, Erin Anderson, Wendell B. Roberts, K. Brown, F. Sarti, is still working for the Los Angeles Police Department, which is located at 300 S. Spring St. Los Angeles, CA 90013. They are being sued in their individual and official capacity. Also Sgt. Hill.

7. To the best of Plaintiff knowledge Defendant Stephen Terrell Peoples is still a state informant for the Los Angeles Law Enforcement Department, which his address is 4904 10th Avenue, Los Angeles, California 99043.
He is being sued in his individual and official capacity.

## FIRST CAUSE OF ACTION

8. Defendant(s) in paragraph number: five (5) violated Plaintiff Constitutional Rights under the (4)(5)(6)(8)(14) and (15) Amendments., and Statutes 18 U.S,C, 241, and 242, under the due process clause, when defendant(s) processed an illegal warr-ant, and arrested the Plaintiff.  Defendant(s) acted with malice, in bad faith.

9.   Defendant(s) in paragraph number: Six (6) violated Plaintiff Constitut-
ional Rights under the (4) (14) (6) (8) and (15) Amendments., and Statutes 18 U.S.C.
241, 242. under the Equal Protection of the Law, when defendant(s) processed an
illegal warrant, and arrested the Plaintiff.  Defendant(s) acted with malice, in
bad faith.


10.   Defendant, in paragraph number: Seven (7) violated Plaintiff Constitution-
al Rights when he commited perjury, alleging that he purchase drugs from Plaintiff,
and cause Plaintiff to be incarcerated.  All in violating Statute 18 U.S.C. 241, 242.
Constitution Amendments (14)(8)(6)(14) Knowingly, willful and intentionally, also
Constitution Amendment (4). Perjury.  Statute 28 U.S.C. 1621 and 1623.

### RELIEF SEEKING

11.   Plaintiff prays for this Honorable Court grant a judgment against each
defendant in Paragraph Number: Five (5) in the amount of Eight million dollars
for violating Plaintiff Constitutional Rights.


12.   Plaintiff prays for this Court to grant a judgment against each defendant
in Paragraph Number: Six (6) in the amount of five million dollars for violating
Plaintiff Constitutional Rights.


13.   Plaintiff prays for this Honorable Court to grant a judgment against each
defendant in Paragraph Number: (7) in the amount of eight million dollars for viol-
ating Plaintiff Constitutional and Civil Rights.

14.   Plaintiff prays that this Court grant Plaintiff permission to admend this
complaint if so required.


15.   Plaintiff prays for this Honorable Court grant a judgment in a total amount
of two hundred and eightty-four million dollars. $284,0000.000 against defendant(s).

-4-

16.  Plaintiff prays that this Honorable Court grant judgment for defendants to pay all Court cost and Attorney fees, and any additional expense that this Court find that is appropriate in this cause of action.

Respectfully submitted,

*Bernard Beard*

Bernard Beard

## CERTIFICATE OF SERVICE

I Plaintiff, Bernard Beard hereby certify that I placed one copy of the foregoing to the Counsels for defendant(s) United States Attorney's Office, and the Los Angeles, California State Attorney's Office, as listed below:

United States Attorney's Office
312 North Spring Street
Los Angeles, California 90012

Los Angeles,California State Department
Office of the State Attorney

*Bernard Beard*

Bernard Beard
Id. 46687-112
Metropolitan Detention Center
P. O. Box 1500
Los Angeles, California 90053

Bernard Beard                                    (Space Below For Clerk Stamp Only)



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

BERNARD BEARD,                         *

        Petitioner,            *

vs.                                    *          CASE NO.: CV08-3127
                                                  _____
                                                  U.S.D.C. NO.: CR-07-602-GAF
UNITED STATES OF AMERICA,              *

        Respondent.           *          APPLICATION FOR WRIT TO BE ISSUED.
                                                  PURSUANT TO TITLE 28 USC 1651(a)
_____        *

## ALL WRIT ACT.

Petitioner, Bernard Beard respectfully moves this Honorable Court to issue an

All Writ in this cause of action for the reasons listed below:


1.   The government agents has violated the Petitioner's Civil and Constitution

Rights.  Constitution Amendments [4][5][6][8][14] and [15].


## JURISDICTION

2.   This Court has jurisdiction pursuant to Title 28 U.S.C. 1651(a)., where

there been a miscarriage of justice, or to prevent a miscarriage of justice, or

Constitutional violations.

A federal statute that give the United States Supreme Court and all courts

established by Congress the power to issue writs in aid of their jurisdiction and in conformity to the usages and principles of law 28 U.S.C. 1651(a).

## BRIEF BACKGROUND

3. The Prosecutor obtained an indictment based on false information. The federal government agents allege that Stephen Terrell Peoples girlfriend was stopped by the local police officer, and at such time the police made a search of Stephen Terrell Peoples, and found 9 ounces of cocaine base. At such time Mr. Peoples stated that he received the drugs from the Petitioner. This was false.

4. The government agent made a statement that Petitioner received a telephone call from Payne stating that he seeking 8 kilograms of cocaine base from Petitioner in coded language, and Petitioner stated that he would try to locate it., and the Petitioner stated that he would try to contact a unidentified co-conspirator. This statement was false.

5. The Prosecutor took these statements to the Grand Jury, to obtain indictment, all in violation of Petitioner's Constitutional Rights [4] and [6].

6. The Petitioner have reasons to believe that the Grand Jurors was improper selected in random, violating the voter register Act., and Constitutional Amendment [15]. See Attachment (A).

7. The government agent submitted a false statements in form of an affidavit to obtain a search warrant to the United States District Court, in order to search Petitioner residence, and parent residence, all in violating Constitution Amendment [4].

-2-

8.   The case agent found no drugs in Petitioner residence, however, the case agents found one firearm, and allege that the firearm was owned by the Petitioner which was wrong.  See attachment (B).  All in violation Constitution Amendment [4] and [5].

9.   The case agents found one firearm at Petitioner Parents residence and alleged that the firearm was owned by the Petitioner, and this statement was false. All in violation of Constitution Amendment [4].

10.   The government agents arrested the Petitioner, and placed the Petitioner incarceration at MDC Los Angeles, all in violation of Constitution Amendment [5] and [8].

11.   The Prosecutor used the same false information to request the Magistrate Judge, to deny Petitioner bond.  Violating Constitution Amendments [4][5][8] and [14].  Counsel for Petitioner failure to object violating Constitution Amendment [6].

12.   Petitioner is being held involuntarily against his will, all in violation of Constitution Amendment [8].

## ARGUMENT AND MEMORANDUM

The Governmant charge Petitioner with Statutes 21 U.S.C. 841(a)(1), 841(b)(1) (A) 846. and 841(A)(1)(C).  18 U.S.C. 924(C)(A)(1)(i).  None of the above statutes apply to Petitioner in words, or statutes.

One of the most fundamental rights protected by the Bill of Rights is the individuals right to liberty protected by the Due Process Clause.  The Due Process

-3-

Clause provides hightened protection against arbitrary and unreasonable infringements of liberty by the government. See Washington v. Gluckaberg, 521 U.S. 702 719-20 (1997). The Due Process Clause draws no distinctions among governmental acts done by Congress or combinations of acts done by Congress and the executive. It does not matter if the government believes it has, or even if it has, acted lawfully and in good faith. Due Process violations can occur without any individual having a conscious intent to achieve that purpose. It makes no difference in the court's analysis whether any of the acts that contributed to an unconstitutional result were lawful, or even whether any, or all, of them might be considered to be an appropriate discharge of the government's responsibilities.

In criminal context, the Due Process Clause, however, guarantees more than fair process. The right to susbstantive due process "protects individual liberty against 'certain government actions regardless of the fairness of the procedures used to implement them,'" Collins v. Harker Heights, 503 U.S. 115, 125 (1992).

The Bill of Rights was made a part of the Constitution to protect individuals from violations of certain fundamental rights by the government, even when the government acts in good faith pursuit of the interests of the majority. By reason of its position in the constitutional structure, the judiciary must have the final word on whether or not governmental acts violate any article of the Bill of Rights.

Absent any showing that a majority of the electorate opposes the enforced the way in which the laws are enforced, law enforcement agencies must relie on their own judgment in this regard. Law enforcement agencies must be expected to enforce the laws passed by Congress by using all of the legal means available to them, and in pursuing their objectives, they are entitled to rely upon good faith interpretations of relevant laws made within the executive branch. If these interpretations are erroneous, it is up to the courts to say so.

-4-

The judiciary has a responsibility of its own under the Due Process Clause, with regard to issues arising under the Due Process Clause, the judiciary owes no duty to respond to the will of the majority of voters.  On the contrary, the duty of the judiciary is to ensure that the rights granted to individuals by the Due Process Clause are not violated by the government in its efforts to represent majority interests.  This duty does not require any finding of fault on the part of the other branch of government.

The judiciary can no longer validly claim that it is meeting its obligations under the Due Process Clause merely by pointing out that judicial decisions on issues that are unconstitutional.

Petitioner respectfully request this Honorable Court to appoint Mr. Gerald Salseda to be appointed to represent him in the above captioned matter. Petitioner filing pro se, citing Haines v. Kerner, 404 US 519.

WHEREFORE, Petitioner prays that this Court:

A.   Enter an Order authorizing Petitioner release from involuntary placement at the Metropolitan Detention Center, or

B.   Issue a Writ commanding the Warden at the Metropolitan Detention Center Los Angeles, California to produce the body of your petitioner before this Honorable Court for a hearing on the Petition under the All Writ Act 28 U.S.C. 1651(a).

C.   Appoint Mr. Gerald Salseda to represent your Petitioner  in these proceedings: Mr. Gerald C. Salseda address is 321 East 2nd Street, Los Angeles, CA 90012-4202, Tel. No.: 213-894-2854, Fax 213-894-0081.  Direct Dial: 213 894-4406.

D.   For such and futher relief as the nature of this cause may require.

Copy of indictment is attached.

AFFIDAVIT

I Bernard Beard HEREBY CERTIFY that the above stated matter in the Petition for All Writ Act are ture and corrrect to the best of my information, Knowledge and belief.

*Bernard Beard*
Bernard Beard

-6-

CERTIFICATE OF SERVICE

I Bernard Beard hereby certify that I mailed a copy of the foregoing to the

list of names below:

Michael L. Benov, Warden
535 North Alameda Street
Los Angeles, CA 90053

Gerald C. Salseda
321 East 2nd Street
Los Angeles, CA 90012-4202

United States Attorney's Office
312 N. Spring Street
Los Angeles, CA 90012

Bernard Beard

Bernard Beard
Id.46687-112
P. O. Box 1500
Metropolitan Detention
Center
Los Angeles, CA 90053

-7-

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

STATE OF CALIFORNIA   )
                            )   — SS —
COUNTY OF LOS ANGELES )

AFFIDAVIT OF BERNARD BEARD

I, BERNARD BEARD DEPOSE AND SAYS:

    1.  That this affidavit is made in good faith.

    2.  That the case agents alleged that a firearm was found at my parent residence.

    3.  That if a firearm was found at the residence, it is not owned by me, and I do not live with my parent, the best evidence is the Courts records.

    4.  That I have no knowledge of any firearm being at my parent residence.

    5.  That I am not the only person that visit my parent residence, nor can I or my parent have knowledge as to what is found in the outside storage.

    6.  That the allegation that was made in the Court during my bond hearing was - false statements by the Prosecutor, in order to deprive me of bond.

    7.  That the Prosecutor knew or should have known that the statements presented to the Court was false.

Dated: this 28 day of April, 2008.

                                        *Bernard Beard*
                                          Bernard Beard

    I Bernard Beard hereby swear under the penalty of perjury that the statements above is true and correct, to the best of my knowledge and belief.

                                          *Bernard Beard*
                                          Bernard Beard

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

AFFIDAVIT OF LINDA STRIDER AND WALTER STRIDER

STATE OF CALIFORNIA )
                    )  -  S  S -
COUNTY OF LOS ANGELES)

I LINDA STRIDER AND WALTER STRIDER HEREBY DEPOSE AND SAYS:

1. Let if be known that throughout this affidavit, Linda Strider and Walter Strider will be addressed at all times as Affiant.

2. That Affiants make this affidavit in good faith.

3. That Affiants make this affidavit on behalf of Bernard Beard, whom is our family member."Son."

3. That the law enforcement made a search of our home, in reference to Bernard Beard, allegeing that they was looking for drugs.

5. That the law enforcement, search the residence and the storage and found no drugs, however, indicated that they found a firearm.

6. That Bernard Beard is not, and was not a residence of the ours home at the the time of a search warrant was issed for 1118 East 149th Street, Compton, CA 90220.

6. That Affaints never saw Bernard Beard with a firearm, and there is no reason for him to have a firearm at our residence.

7. That Affiants have reasons to believe that the information that was presented in this cause was obtain by fraud, and the search was made illegal.

Dated: this 28 day of April, 2008.

Linda Strider

Walter Strider

I Linda Strider and Walter Strider swear under the penalty of perjury that to the best of my knowledge and belief that the above statements are true and correct.
Dated: this 28 day of April, 2008.     Linda Strider     Walter Strider

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

AFFIDAVIT OF MARLON McLAURIN

STATE OF CALIFORNIA   )
                      )  - S  S
COUNTY OF LOS ANGELES )

I MARLON McLAURIN HEREBY DEPOSE AND SAYS:

1.  That throughout this affidavit Marlon Mclaurin will be addressed at all times as Affiant.

2.  That Affiant make this affidavit in good faith.

3.  That Affiant make this affidavit on behalf of Bernard Beard.

4.  That the firearm that was found in the residence  Numbers: B218 448 is register to Affiant, and the firearm was left at Bernard Beard residence by Affiant, at a time when Affiant was visiting.

5.  That to the best of my knowledge Bernard Beard never had a firarm in his possession.

6.  That Bernard Beard is a family member, and Affiant cannot think of any reason as to why Bernard Beard would ever need a firearm in his possission.

Dated: this __29__ day of April, 2008.                    _Marlon Mc Laui_
                                                            Marlon Mclaurin

I Marlon Mclaurin swear under the penalty of perjury, that to the best of my knowlege and belief, that the above statements are true and correct.

Dated: this _29_ day of April, 2008.                      _Marlon Mc Laui_
                                                            Marlon Mclaurin